HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
DANADO EUGENE MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,                     | Case No.  2:16-cr-090 JAM |
|---|---|
| Plaintiff,                                     | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs.                                            |   |
| DANADO EUGENE MOORE and ANTONIO NICHOLAS SMITH, | Date: June 14, 2016<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants.                                    |   |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Danado Eugene Moore, and Shari Rusk, attorney for Antonio Nicholas Smith, that the status conference scheduled for June 14, 2016 be vacated and continued to June 28, 2016 at 9:15 a.m.

The Government has produced pages of documents and made electronic devices and other physical evidence available for review.  Defense counsel for both Mr. Moore and Mr. Smith require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their respective clients about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of June 10, 2016, the date of the parties' stipulation, through and including June 28, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference      -1-

| | | |
|---|---|---|
| 1 | DATED: June 10, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| | | Attorney for DANADO EUGENE MOORE |
| 6 | | |
| | DATED: June 10, 2016 | */s/ Shari Rusk* |
| 7 | | SHARI RUSK |
| | | Attorney for ANTONIO NICHOLAS SMITH |
| 8 | | |
| | DATED: June 10, 2016 | PHILLIP A. TALBERT |
| 9 | | Acting United States Attorney |
| 10 | | |
| | | */s/ Timothy Delgado* |
| 11 | | TIMOTHY DELGADO |
| | | Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

Stipulation and [Proposed] Order to Continue Status Conference    -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, June 10, 2016, up to and including June 28, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the June 14, 2016 status conference shall be continued until June 28, 2016, at 9:15 a.m.

Dated:  June 13, 2016            /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge