PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANADO EUGENE MOORE,<br><br>Defendant. | CASE NO. 2:16-CR-00090-JAM<br><br>**STIPULATION AND ORDER  DIRECTING THE STOCKTON POLICE DEPARTMENT TO RELEASE EVIDENCE** |

This case is set for trial on October 17, 2016.  (Minute Order, ECF No. 21.)  The two defendants, Danado Eugene Moore and Antonio Nicholas Smith, are charged with unlawfully possessing a firearm, in violation of 18 U.S.C. § 922(g)(1).  (Indictment, ECF No. 14.)  To facilitate their preparation for trial, Plaintiff United States of America, through its undersigned counsel, and Defendant Danado Moore, through his undersigned counsel, stipulate as follows:

**STIPULATION**

1. This case arises from an incident that occurred in Stockton, California, on March 6, 2016.

2. On that date, officers from the Stockton Police Department arrested Danado Eugene Moore and Antonio Nicholas Smith.

3. Both men were traveling in a 1999 Mercedes Benz before their arrest.  Moore was driving, and Smith was seated in the front passenger seat.

/ / /

4. The criminal complaint filed in this case alleges that:

    a. The vehicle Moore and Smith were traveling in failed to stop as directed by Stockton Police Officer Miguel Morales;

    b. The vehicle fled from Officer Morales after he activated his patrol car's emergency lights;

    c. The vehicle collided with two other parked cars, and came to rest in a residential area;

    d. After the vehicle came to rest, Smith (the passenger) got out and fled with a tan bag in hand, which he threw to the ground several seconds later;

    e. Officer Morales secured the tan bag and saw that it contained a black pistol with an attached drum magazine.

5. The criminal complaint also alleges that Officer Morales saw Moore (the driver) pass the tan bag to Smith (the passenger) during the chase.

6. After Moore and Smith were arrested on March 6, 2016, officers with the Stockton Police Department recovered a Glock 9mm pistol with a 50-round drum magazine attached, inside a tote bag. The bag and the items within were located a short distance away from the vehicle that Moore and Smith were driving in. The pistol and the magazine were booked into evidence, among other items recovered at the crash site.

7. Later that day, a forensic evidence technician with the Stockton Police Department collected one set of touch DNA swabs from the pistol using two swabs simultaneously, and one set of touch DNA swabs from the magazine using two swabs simultaneously. The technician also prepared a "water blank sample" using two swabs simultaneously. The technician secured these samples in an evidence locker for drying and booking at a later time.

8. After Moore and Smith were arrested on March 6, 2016, they were charged with several violations of the California Penal Code, and booked into the San Joaquin County Jail in Stockton.

9. On April 15, 2016, Special Agent Matthew Garrett with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) filed the criminal complaint in this case.

10. Five days later, Moore and Smith were taken into federal custody following the issuance of a federal arrest warrant.

STIPULATION AND [PROPOSED] ORDER

2

11. The parties dispute whether Moore or Smith actually or constructively possessed the Glock 9mm pistol and the 50-round drum magazine recovered on March 6, 2016.

12. In preparation for trial, Moore (through his defense counsel) has asked to conduct his own independent forensic testing of the touch DNA swabs taken from the pistol and magazine, as well as the "water blank sample" swabs, collected on March 6, 2016.

13. This evidence is still within the custody of the Stockton Police Department.

14. The undersigned government counsel has confirmed that the Stockton Police Department will release up to half of these swabs to Moore's defense team for forensic testing, but that it will only do so under a Court order directing the release of such evidence.

15. Accordingly, the United States of America, through its undersigned counsel, and Moore, through his undersigned counsel, stipulate that good cause exists for the Court to issue an order directing the Stockton Police Department to release the following evidence collected as part of Case # 16-8853:

   a. One (of the two) touch DNA swabs taken from the Glock 9mm pistol recovered on March 6, 2016;

   b. One (of the two) touch DNA swabs taken from the 50-round drum magazine recovered on March 6, 2016; and

   c. One (of the two) "water blank sample" swabs collected on March 6, 2016.

16. The parties further stipulate that after issuance of the Court's order, the evidence described above will be released to ATF Special Agent Matthew Garrett, for delivery to Mr. Alan Keel, Forensic Analytical Sciences, 3777 Depot Road, Suite 403, Hayward, CA 94545.

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

Dated: August 17, 2016                PHILLIP A. TALBERT
                                              Acting United States Attorney

                                      By:  */s/ Timothy H. Delgado*
                                              TIMOTHY H. DELGADO
                                              Assistant United States Attorney
                                              Attorney for Plaintiff United States

| | | |
|---|---|---|
| Dated: August 17, 2016 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | By: | */s/ THD for Sean C. Riordan*<br>SEAN C. RIORDAN<br>LEXI P. NEGIN<br>Assistant Federal Defenders<br>Attorneys for Danado Eugene Moore |

STIPULATION AND [PROPOSED] ORDER       4

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANADO EUGENE MOORE,<br><br>            Defendant. | CASE NO. 2:16-CR-00090-JAM<br><br>**ORDER DIRECTING THE STOCKTON POLICE DEPARTMENT TO RELEASE EVIDENCE** |

This case is set for trial on October 17, 2016, at 9:00 a.m. in Courtroom 6. Counsel for plaintiff United States of America and counsel for defendant Danado Moore represent that certain evidence is needed to prepare for trial, that this evidence is within the custody of the Stockton Police Department, and that the Stockton Police Department will only release this evidence upon order of this Court. Accordingly, the Court finds:

1. On March 6, 2016, personnel with the Stockton Police Department booked into evidence two sets of touch DNA swabs from a 9mm Glock pistol bearing serial number GMZ429, two sets of touch DNA swabs from a 50-round drum magazine attached to that pistol, and two sets of "water blank sample" swabs.

2. These swabs were collected in connection with Stockton Police Department Case Number 16-8853, and are referenced on Forensic Evidence Technician C. Trunk's related reports.

3. This evidence is still being maintained within the Stockton Police Department's custody.

4. On representation from government counsel, the Stockton Police Department will release up to half of this evidence, but only upon order of this Court directing such release.

5. To prepare for trial, defendant Moore requires that the Stockton Police Department release a portion of this evidence for independent forensic testing at his own expense.

6. Good cause exists for the Court to issue an order directing the release of such evidence.

7. Accordingly, the Court directs the appropriate custodian of evidence at the Stockton Police Department to release the following evidence collected as part of Case # 16-8853:

   a. One (of the two) touch DNA swabs taken from the Glock 9mm pistol recovered on March 6, 2016;

   b. One (of the two) touch DNA swabs taken from the 50-round drum magazine recovered on March 6, 2016; and

   c. One (of the two) "water blank sample" swabs collected on March 6, 2016.

8. The Court further directs that the evidence described above will be released to Special Agent Matthew Garrett, Bureau of Alcohol, Tobacco, Firearms & Explosives, for delivery to Mr. Alan Keel, Forensic Analytical Sciences, 3777 Depot Road, Suite 403, Hayward, CA 94545.

**IT IS SO ORDERED.**

Dated: 8/22/2016                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge