HEATHER E. WILLIAMS
Federal Defender
SEAN RIORDAN, SB # 255752
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for
DANADO EUGENE MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr. S. 16-090-JAM |
| | ) | |
| Plaintiff, | ) | RELEASE ORDER |
| | ) | |
| v. | ) | |
| | ) | JUDGE: Hon. John A. Mendez |
| DANADO EUGENE MOORE, | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that defendant DANADO EUGENE MOORE be released from federal custody on Friday, September 23, 2016.

DATED: September 23, 2016

*/s/ John A. Mendez*
HON. JOHN A. MENDEZ
United States District Court Judge

Moore Release Order